## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :
                                                   : **Case No. 21-70390-JAD**
**Edward J. Perino,**                              :
                                                   : **Chapter 13**
                              **Debtor**           :
                                                   :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over

the age of eighteen years old under penalty of perjury that I served or caused to be served, on the

9th day of May, 2024, a true and correct copy of the Order dated May 8, 2024, together with the

above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.

U.S. Postage paid on the Parties below:

> KAR PRO, INC.
> 1109 PLANK ROAD
> DUNCANSVILLE, PA 16635
>
> EDWARD J. PERINO
> 1015 19TH AVENUE
> ALTOONA, PA 16601
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.


Respectfully submitted,

Executed on: May 9, 2024            /s/ Jessica L. Tighe
                                   Jessica L. Tighe; Legal Asst.
                                   Law Offices of Kenny P. Seitz
                                   P. O. Box 211
                                   Ligonier, PA  15658
                                   (814) 536-7470