IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/22/24 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: : | |
| : | |
| **Withdrawal of Appearances by Alyk L.** : | Miscellaneous Case No: 24-207-GLT |
| **Oflazian in Various Open Cases, and** : | |
| **Entry of Appearance of Replacement** : | |
| **Counsel Stephen R. Franks in Various** : | Related to Docket No. 2 |
| **Open Cases** : | |
| : | |

### ORDER GRANTING OMNIBUS MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEY IN VARIOUS PENDING CASES PURSUANT TO WDPA LBR 9010-2(g)

AND NOW, this 22nd Day of October, 2024, upon consideration of the Omnibus Motion to Withdraw and Substitute Attorney and for good cause shown, the Clerk of the U.S. Bankruptcy Court for the Western District of Pennsylvania shall substitute attorney Stephen R. Franks as the attorney of record for all open cases listed on the Exhibit attached to Movant's Motion to Substitute.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court