**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Edward J Perino**
 Debtor(s)

Bankruptcy Case No.: 21−70390−JAD
Related to Doc. #83
Chapter: 13
Docket No.: 84 − 83

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

 **AND NOW,** this The 29th of January, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/17/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/25/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/17/25.**

                                                    Jeffery A. Deller
                                                    United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70390-JAD |
| Edward J Perino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 29, 2025 | Form ID: 408 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward J Perino, 1015 19th Avenue, Altoona, PA 16601-4166 |
| 15422362 | + | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15422368 | + | Union Home Mortgage Co, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2025 00:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 00:18:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15422359 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:18:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15438953 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:41:41 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15443875 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:18:17 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15422360 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:41:57 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15437313 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15422361 | + | Email/Text: mrdiscen@discover.com | Jan 30 2025 00:13:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15438961 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:28:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15436818 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2025 00:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15502347 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2025 00:14:00 | Nationstar Mortgage LLC / Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 15422749 | ^ | MEBN | Jan 30 2025 00:05:45 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15422363 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 30 2025 00:14:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 15422364 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 21-70390-JAD   Doc 86   Filed 01/31/25   Entered 02/01/25 00:31:51   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 408 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 30 2025 00:18:06 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15422365 | | Email/Text: legalservices12@snaponcredit.com | Jan 30 2025 00:14:00 | Snap-on Credit, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15422366 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:18:02 | SYNCB/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15422367 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:41:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15448623 | | Email/Text: bankruptcydept@uhm.com | Jan 30 2025 00:13:00 | Union Home Mortgage Corp., C/O Cenlar FSB, Attention: BK Department, 425 Phillips B, Ewing, NJ 08618 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Union Home Mortgage Corp |
| 15436826 | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Edward J Perino thedebterasers@aol.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Mario J. Hanyon | on behalf of Creditor Union Home Mortgage Corp wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Jan 29, 2025 | Form ID: 408 | Total Noticed: 21

Marisa Myers Cohen
      on behalf of Creditor Union Home Mortgage Corp ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
      on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com


TOTAL: 10