IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
EDWARD J PERINO

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:21-70390-JAD

Chapter 13

Related to Doc No.: 83

## ORDER OF COURT

AND NOW, this ____19th____ day of ____March____, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_/s/ JAD_ sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
3/19/25 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-70390-JAD
Edward J Perino Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Mar 19, 2025      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward J Perino, 1015 19th Avenue, Altoona, PA 16601-4166 |
| 15422362 | + | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15422368 | + | Union Home Mortgage Co, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:38:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15422359 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:38:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15438953 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:38:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15443875 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:25:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15422360 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:26:22 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15437313 | | Email/Text: mrdiscen@discover.com | Mar 20 2025 00:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15422361 | + | Email/Text: mrdiscen@discover.com | Mar 20 2025 00:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15438961 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:38:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15436818 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2025 00:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15502347 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Nationstar Mortgage LLC / Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 15422749 | ^ | MEBN | Mar 20 2025 00:14:10 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15422363 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 20 2025 00:21:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 15422364 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 21-70390-JAD    Doc 94    Filed 03/21/25    Entered 03/22/25 00:31:46    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 21 |

|  |  |  |  |
| --- | --- | --- | --- |
|  |  | Mar 20 2025 00:38:57 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15422365 | Email/Text: legalservices12@snaponcredit.com | Mar 20 2025 00:21:00 | Snap-on Credit, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15422366 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 01:03:54 | SYNCB/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15422367 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:49:56 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15448623 | Email/Text: bankruptcydept@uhm.com | Mar 20 2025 00:20:00 | Union Home Mortgage Corp., C/O Cenlar FSB, Attention: BK Department, 425 Phillips B, Ewing, NJ 08618 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Nationstar Mortgage LLC |
| cr |  | Union Home Mortgage Corp |
| 15436826 | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Edward J Perino thedebterasers@aol.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Mario J. Hanyon | on behalf of Creditor Union Home Mortgage Corp wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 21

Marisa Myers Cohen
    on behalf of Creditor Union Home Mortgage Corp ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 10